UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL KAYE JACKSON,<br><br>            Petitioner,<br><br>    vs.<br><br>HECTOR A. RIOS, JR.,<br><br>            Respondent.<br>_____/ | 1:09-cv-0894-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 17, 2009**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE